NO. 07-07-0437-CR

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL D

FEBRUARY 15, 2008

_____

RICHARD W. DEMPS, APPELLANT

V.

THE STATE OF TEXAS, APPELLEE

_____

FROM THE 137TH DISTRICT COURT OF LUBBOCK COUNTY;

NO. 2005-410,574; HONORABLE CECIL G. PURYEAR, JUDGE

_____

Before QUINN, C.J., and CAMPBELL and PIRTLE, JJ.

**ABATEMENT AND REMAND**

Following a plea of not guilty, Appellant, Richard W. Demps, was convicted by a jury of sexual assault and sentenced to life imprisonment. Appellant timely filed a notice of appeal challenging his conviction. The clerk's record filed on February 11, 2008, contains the Trial Court's Certification of Defendant's Right of Appeal. The form, however, is not

signed by Appellant as required by Rule 25.2(d) of the Texas Rules of Appellate Procedure.[1]

Consequently, we abate this appeal and remand the cause to the trial court for further proceedings. Upon remand, the trial court shall utilize whatever means necessary to secure a Certification of Defendant's Right of Appeal in compliance with Rule 25.2(d). Once properly executed, the certification shall be included in a supplemental clerk's record and filed with this Court on or before March 4, 2008.

It is so ordered.

Per Curiam

Do not publish.

---

[1]Rule 25.2(d) was amended to require that a defendant sign the certification and receive a copy. The amendment became effective September 1, 2007.